# IN THE CIRCUIT COURT OF CLAY COUNTY
## AT LIBERTY, MISSOURI

STATE OF MISSOURI,

Plaintiff,

Division No. ___One___

VS

No. _CR186-2498F_

DEBORAH JACKSON
w/F 4-12-59

Defendant.

## INDICTMENT

The Grand Jury of the County of Clay, State of Missouri, charge that the defendant, in violation of Section __195.020__ RSMo, committed the _____Felony_____ of __sale of methamphetamines, a Schedule II controlled substance__ punishable upon conviction under Section(s) __195.200.1(A)__, RSMo, in that on or about __July 1, 1986__, in the County of Clay, State of Missouri,

defendant knowingly sold methamphetamines, a Schedule II controlled substance.

FILED
SEP 17 1986
_signature_
Clay County Circuit Court

A TRUE BILL
_signature_
Foreman, Grand Jury
September 17, 1986
Date

_signature_
Prosecuting Attorney

Filed this __17th__ day of __September__, 19_86_.
Appearance bond in the amount of __5,000.00__
Set for hearing at 9:00 A.M. on Thursday following arrest by Clay County Missouri Sheriff's Department

_signature_
Judge

### WITNESSES

G. Hicks, DEA
B. Hamby
R. Logan, Prosecutor's Office
R. Scarborough, Liberty PD
Chemist, MSHP